UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Pedro Hernandez
Osiris Hernandez

  v.                                                       3:01cv1773 MRK

Robert Bloom
Leonel Montenegro
Tallmadge Bros, Inc
Tallmadge Sea & Land Const, LLC
Mildred B., Tug, in rem
Barge, in rem

## JUDGMENT

     Notice having been sent to counsel of record on November 4, 2003, pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before February 4, 2004.

     No closing papers having been received and no further requests for continuance having been received, it is hereby,

     ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

     Dated at New Haven, Connecticut, this 3rd day of March, 2004.

                                                                  KEVIN F. ROWE, Clerk

                                                                   By /s/ Kenneth R. Ghilardi
                                                                    Kenneth R. Ghilardi
                                                                    Deputy Clerk

EOD: _____